IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK



| | |
|---|---|
| DESTA TJOKRONOLO and JOHN DOE, (NEW YORK), on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>THE PROCTER & GAMBLE COMPANY and PROCTER & GAMBLE PRODUCTIONS, INC.,<br><br>Defendants. | Civil Action No. 1:14-CV-5577-NG-JO<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF THE ACTION AS TO ALL DEFENDANTS** |

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, acting through their respective counsel, pursuant to Federal Rules of Civil Procedure 41(a)(2) and 23(e), that the above-referenced action is dismissed without prejudice as to all defendants.

LEE LITIGATION GROUP, PLLC

By: _____
C.K. Lee, Esq.
30 East 39th Street
Second Floor
New York, NY 10016
Tel: (212) 465-1180
Fax: (212) 465-1181
cklee@leelitigationgroup.com

*Attorneys for Plaintiffs Desta Tjokronolo and John Doe (New York)*

Dated: December 7, 2014

REED SMITH LLP

By: _____
John P. Hooper
Eric Gladbach
599 Lexington Ave., 26th Floor
New York, NY 10022
Tel: (212) 521-5400
Fax: (212) 521 5450
jhooper@reedsmith.com
egladbach@reedsmith.com

*Attorneys for Defendants The Procter & Gamble Company and Procter & Gamble Productions, Inc.*

Dated: December 10, 2014

SO ORDERED:
s/Nina Gershon        12-16-14
U.S.D.J.        Dated